

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Strain Family Limited Partnership;
EJCM Strain, LLC; The Estate of
Edd Homan Strain, deceased; Caddo
Oaks, LLC; Jerry Dell Haggerton; and
Larry Strain,

Vs. No. 11-23-00257-CV

Martin Water Midstream, LLC and
Corsican Holdings, LLC,

\* From the 118th District Court
  of Martin County,
  Trial Court No. 7842.

\* July 3, 2025

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Martin Water Midstream, LLC and Corsican Holdings, LLC.